UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DILEINY YOSELIN MOIZANT CASTILLO,

        Plaintiff,                      Case No. 1:26–cv–00446–HYJ–RSK

v.                                   Hon. Hala Y. Jarbou

KEVIN RAYCRAFT,

        Defendant.
_____/

## ORDER

The Court having reviewed the parties' stipulation for dismissal, **IT IS ORDERED** that the stipulation (ECF No. 5) is **GRANTED**; this action is **DISMISSED** without costs or attorneys' fees to any party.

IT IS SO ORDERED.

Dated:  February 18, 2026                     /s/ Hala Y. Jarbou
                                                           HALA Y. JARBOU
                                                           Chief United States District Judge